UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA SKOWYRA,<br>    Plaintiff<br><br>V.<br><br>FIRST UNUM LIFE INSURANCE COMPANY, UNUM GROUP, AND HEARST CORPORATION LONG TERM DISABILITY PLAN,<br>    Defendants | CIVIL ACTION NO.<br>1:21-CV-11647-FDS |

## **STIPULATION OF DISMISSAL**

The parties, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action may be dismissed, with prejudice, without costs, and waiving all rights of appeal.

| SHEILA SKOWYRA | FIRST UNUM LIFE INSURANCE COMPANY and UNUM GROUP |
|---|---|
| By her attorney, | By their attorney, |
|    /s/ M. Katherine Sullivan |    /s/ Joseph M. Hamilton |
| M. Katherine Sullivan, Esq.<br>BBO #649239<br>Law Office of Katherine Sullivan, LLC<br>945 Concord Street<br>Framingham, MA 01701<br>Phone: (508) 620-5387<br>Fax:  (508) 834-1172<br>kate@sullivandisabilitylaw.com | Joseph M. Hamilton<br>BBO #546394<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502<br>jhamilton@mirickoconnell.com |

2

CERTIFICATE OF SERVICE

      I, Joseph M. Hamilton, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2022.

      /s/ Joseph M. Hamilton
      Joseph M. Hamilton